IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VOOGT REHABILITATION CENTER
LLC, d/b/a Neurological Rehabilitation
Living Center                                                                PLAINTIFF

v.                            No. 4:13-cv-353-DPM

CODY RYAN METHENY; KENNY
METHENY, as Conservator of the Estate
of Cody Ryan Metheny; PAMELA
METHENY, as Conservator of the Estate
of Cody Ryan Metheny; ARGENT TRUST
COMPANY, as Trustee of the Cody R.
Metheny Special Needs Trust                                              DEFENDANTS

ORDER

Argent Trust Company moves to dismiss Voogt Rehabilitation Center's lawsuit seeking to reach trust funds allegedly owed under a fee agreement between the Rehabilitation Center and the Metheneys. The Center agrees that none of the claims run directly against Argent. № 10 at 5. But Argent holds the disputed money as trustee. It needs to stay in the case so the Court can, if the facts and law dictate, "accord complete relief among [the Rehabilitation Center and the Methenys.]" FED. R. CIV. P. 19(a)(1)(A). Argent need not do anything other than answer, respond to basic discovery, and wait.

Argent's motion to dismiss, № 8, is denied. Argent's answer is due by 27 September 2013. Joint report on the Metheny bankruptcy issues, *№ 10 at 5 n. 1*, due by 27 September 2013, too.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

10 September 2013