IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VOOGT REHABILITATION CENTER, LLC
D/B/A NEUROLOGICAL REHABILITATION
LIVING CENTER                                                                                       PLAINTIFF

vs.                                           NO. 4:13cv353  JM

CODY RYAN METHENY; KENNY METHENY AND
PAMELA METHENY, AS CONSERVATORS OF THE
ESTATE OF CODY RYAN METHENY; ARGENT TRUST
COMPANY, AS TRUSTEE OF THE CODY R. METHENY
SPECIAL NEEDS TRUST                                                                       DEFENDANTS

## JUDGMENT

Based on the order of the Court entered this same date, judgment is entered on behalf of the plaintiff against and Kenny and Pamela Metheny, as conservators of the estate of Cody Ryan Metheny, and against Cody Ryan Metheny, jointly and severally, in the amount of $2,100,209.29 (representing $1,156,860.00 for neurological rehabilitation services, room, and board and $943,349.29 in finance charges) plus additional finance charges of $570.51 per day from this date until paid.

IT IS SO ORDERED, CONSIDERED, AND ADJUDGED this 10th day of December, 2014.

_____
James M. Moody Jr.
United States District Court Judge